UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-658-RJC-DSC

| RACHEL WHITLOCK, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CELGARD, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court following Plaintiff's failure to respond to this Court's Order dated December 16, 2014. (Doc. No. 3). Plaintiff Rachel Whitlock, who is proceeding pro se, filed a Complaint, (Doc. No. 1), and a Motion to Proceed in Forma Pauperis ("IFP Motion"), (Doc. No. 2), on November 25, 2014. In this action, Plaintiff alleges that Defendant terminated her employment based on her race and sex in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

By order dated December 16, 2014, following initial review of this action, the Court entered an order granting Plaintiff 20 days in which to either resubmit her IFP application to this Court, or to verify to the Court that her original application is correct. (Doc. No. 3 at 3). The Court also gave Plaintiff 20 days in which to furnish the Court with the Notice of Charge that she filed with the EEOC. (Id. at 2-3). Finally, the Court also noted that Plaintiff's substantive allegations of employment discrimination were vague and threadbare, and the Court encouraged Plaintiff to file an amended complaint. (Id.). The Court expressly warned Plaintiff that "if Plaintiff fails to comply with this Order, the Complaint shall be subject to dismissal without

further notice." (Id. at 3). Because Plaintiff has not responded to the Court's order within the time period allowed, the Court will dismiss with action without prejudice.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice.

Signed: January 26, 2015

Robert J. Conrad, Jr.
United States District Judge